# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Donna Marie King

            Debtor(s)

Case No. 13 B 03048

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2013.

2) The plan was confirmed on 06/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Converted on 05/31/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $12,848.89 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$12,848.89** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,816.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $532.84 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,348.84** |

Attorney fees paid and disclosed by debtor:          $684.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 5/3 Bank Cc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| American Family Insurance | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Amicus Court Reports, Inc. | Unsecured | 826.60 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Atg Credit | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Bariatric Institute of Greater Chic | Unsecured | 910.45 | NA | NA | 0.00 | 0.00 |
| Bariatric Institute of Greater Chic | Unsecured | 910.45 | NA | NA | 0.00 | 0.00 |
| CCS Medical Reimbursement | Unsecured | 284.87 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 1,574.53 | NA | NA | 0.00 | 0.00 |
| Cook County & Health Hospitals | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospital | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Credit Collections Inc. | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 313.00 | 313.11 | 313.11 | 0.00 | 0.00 |
| Goldberg Law Group LLC | Unsecured | 30,309.29 | NA | NA | 0.00 | 0.00 |
| Great American Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Grt Amer Fin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Homeward Residential Inc | Secured | 176,531.00 | NA | NA | 0.00 | 0.00 |
| Homeward Residential Inc | Secured | 30,401.00 | 0.00 | 30,401.00 | 7,514.05 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 433.60 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 433.60 | 169.75 | 169.75 | 0.00 | 0.00 |
| Pacific Pulmonary Services | Unsecured | 521.09 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 1,375.00 | 1,375.00 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 21,588.00 | 30,456.33 | 30,456.33 | 0.00 | 0.00 |
| Seidel & Sasse Court Reporters Inc | Unsecured | 287.20 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 166.00 | 166.90 | 166.90 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| St James Fcu | Secured | 1,986.00 | 2,240.70 | 1,986.00 | 1,986.00 | 0.00 |
| St James Fcu | Unsecured | NA | 254.70 | 254.70 | 0.00 | 0.00 |
| St. James Hospital & Health Centers | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Thomas Law Group, P.C. | Unsecured | 7,386.65 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 3,326.00 | 3,273.51 | 3,273.51 | 0.00 | 0.00 |
| Usa Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 400.47 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 400.47 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $30,401.00 | $7,514.05 | $0.00 |
| Debt Secured by Vehicle | $1,986.00 | $1,986.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,387.00** | **$9,500.05** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$36,009.30** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,348.84 |
| Disbursements to Creditors | $9,500.05 |
| | |
| **TOTAL DISBURSEMENTS** : | **$12,848.89** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/25/2014                         By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**